UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA DEL CARMEN RIVERA-CRUZ, a/k/a Carman Rivera-Cruz,<br><br>    Defendant. | MJ-08-304-1<br><br>Order Granting Motion to Quash Arrest Warrant on Complaint |

Upon Motion of Plaintiff, United States of America, to Quash Arrest Warrant for MARIA DEL CARMEN RIVERA-CRUZ, a/k/a Carman Rivera-Cruz,

**IT IS ORDERED** that said Warrant For Arrest be quashed and a summons be issued for MARIA DEL CAREN RIVERA-CRUZ, a/k/a Carman River-Cruz.

DATED December 4, 2008.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE